## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Plaintiff,** | * |
| | * |
| **v.** | *    **Case No.** _____ |
| | * |
| **Defendant.** | * |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____ :
(name of party)

_____ .
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span style="font-size:smaller">(name of LLC party)</span>

_____                    _____
<span style="font-size:smaller">(name of member)</span>                                             <span style="font-size:smaller">(state of citizenship)</span>

_____                    _____
<span style="font-size:smaller">(name of member)</span>                                             <span style="font-size:smaller">(state of citizenship)</span>

_____                    _____
<span style="font-size:smaller">(name of member)</span>                                             <span style="font-size:smaller">(state of citizenship)</span>

_____                    _____
<span style="font-size:smaller">(name of member)</span>                                             <span style="font-size:smaller">(state of citizenship)</span>

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____
Date

_____
Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number