# UNITED STATES DISTRICT COURT
for the
Northern District of Maryland

| | | |
|---|---|---|
| Doreen Henry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-1285 |
| | ) | |
| Terrance Hall, et al. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     Terrance Hall


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kagan Stern Marinello & Beard, LLC , 283 West St , Annapolis, MD 21401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1285

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Terrance Hall</u> was received by me on *(date)* _____.

[X] I personally served the summons on the individual at *(place)* <u>7621 Wilhelm Ave, Rosedale, MD 21237-1355</u> on *(date)* <u>Tue, May 23 2023</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 05/24/2023

_____
Server's signature

Elizabeth Tester
_____
*Printed name and title*

8145 Baltimore Avenue, College Park, MD 20740
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 23, 2023, 4:01 pm EDT at Home: 7621 Wilhelm Ave, Rosedale, MD 21237-1355 received by Terrance Hall. Age: 65-70; Ethnicity: African American; Gender: Male; Weight: 220; Height: 5'9"; Hair: Other; Other: Salt and pepper hair; Served all documents on individual who confirmed his identity.