**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of                                                                                           101 West Lombard Street
**Ellen Lipton Hollander**                                                                  Baltimore, Maryland 21201
District Court Judge                                                                                          410-962-0742

September 1, 2023

MEMORANDUM TO COUNSEL

     Re:    *Doreen Henry v. Terrance Hall,* et al.
              Civil Action No. ELH-23-1285

Dear Counsel,

    As you know, on August 30, 2023, defendants' counsel, Troy S. Brown, and the law firm of Albers & Associates, LLC (collectively, "Counsel"), moved for leave to withdraw as attorneys for defendants Terrance and Lisa Hall (the "Motion"). ECF 14. In the Motion, Counsel provided three reasons for the proposed withdrawal, *id.* at 1:

1. The client has not adhered to the contract with the [sic] Albers & Associates, LLC by failing to pay legal fees or lawyer fees;
2. The Defendants refuse to adhere to Albers & Associates, LLC's advice generally and specifically, regarding contacting Plaintiffs; and
3. Albers & Associates, LLC has articulable concerns that the Defendants are not being truthful with its [sic] attorneys.

    Counsel then "request[ed] that they be allowed to withdraw as attorneys of record and that Defendants be allowed twenty (20) days in which to obtain new counsel." *Id.*

    Withdrawal of appearance by an attorney for an individual is governed by Local Rule 101.2.a, which provides:

> In the case of an individual, appearance of counsel may be withdrawn only with leave of court and if (1) appearance of other counsel has been entered, or (2) withdrawing counsel files a certificate stating (a) the name and last known address of the client, and (b) that a written notice has been mailed to or otherwise served upon the client at least seven (7) days previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel unless and until new counsel enters an appearance on behalf of the party.

    The Motion falls woefully short of complying with Local Rule 101.2.a. Counsel has not certified that the requisite notice was sent to defendants, nor has Counsel provided a copy of such notice. Therefore, I shall deny the Motion (ECF 14), without prejudice to the right of Counsel to submit a motion that conforms with the requirements of Local Rule 101.2.a.

-2-

The Court further notes that the address, phone number, email, and law firm associated with Troy S. Brown on the Docket differs from the information contained in the Motion. To ensure timely receipt of this Memorandum, the Clerk is directed to update the Docket for Mr. Brown's address.

Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/
Ellen Lipton Hollander
United States District Judge