**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **DOREEN HENRY** | * | |
| *Plaintiff,* | * | |
| | | Case No.: 1:23-cv-01285-SAG |
| v. | * | |
| **TERRANCE HALL,** *ET AL.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON REVIEW AND CONSIDERATION of Plaintiff's Consent Motion to Modify Scheduling Order ("Consent Motion to Modify"), and any responses and replies filed thereto, it is this ____ day of _____, 2024, hereby:

**ORDERED**, that the Consent Motion to Modify is **GRANTED**; and it is further

**ORDERED**, that the depositions of Defendants shall take place on June 18, 2024; and it is further

**ORDERED**, that the Defendants shall provide full and complete discovery answers, responses, and documents, to the Plaintiff no later than May 27, 2024;

**ORDERED**, that the Scheduling Order dated February 22, 2024 (ECF No. 28) in this matter is modified and extended as follows:

    a.    Depositions and Discovery:    August 7, 2024

    b.    Status Report:    August 7, 2024

    c.    Summary Judgment Motions:    September 7, 2024;

and it is further

**ORDERED**, that all other provisions of the Scheduling Order shall remain in full force and effect.

                                                                    _____
                                                                    Stephanie A. Gallagher,
                                                                    United States District Judge