Law Offices
**KAGAN STERN MARINELLO & BEARD, LLC**
238 West Street
Annapolis Maryland 21401
Telephone (410) 216-7900
Facsimile (410) 705-0836

EXHIBIT 3

VERONICA J. MINA
**(410) 216-7900**

MINA@KAGANSTERN.COM
WWW.KAGANSTERN.COM

April 2, 2024

Terrance Hall
Lisa Hall
7621 Wilhelm Avenue
Baltimore, MD 21237

  Re: *Doreen Henry v. Terrance Hall and Lisa Hall*, **Case No.: 1:23-cv-01285-ELH,**
     **United States District Court for the District of Maryland**

Dear Mr. and Mrs. Hall:

  As you are aware, this firm represents Plaintiff Doreen Henry ("Plaintiff" or "Ms. Henry") in the above-referenced matter. It is my understanding that each of you are still self-represented in this case. If you have any attorney, please let us know and we will contact them directly.

  Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Section (d) of Local Rule 6 of the United States District Court for the District of Maryland, Ms. Henry intends to amend the Complaint to add Roger Kerr ("Mr. Kerr") as a party to this action as a Plaintiff. Please advise no later than <u>Wednesday, April 10, 2024</u> whether you consent to Ms. Henry seeking leave to amend the Complaint to add Mr. Kerr.

  Given that we are not your attorneys, we are unable to provide you with any legal advice, and, as a result, to the extent you have any questions related to the filing of an amended complaint or any other questions regarding this matter and how to proceed, you should direct them to counsel of your choosing or to the Court.

  If you wish to discuss further, please contact me. Thank you.

            Very truly yours,

            KAGAN STERN MARINELLO & BEARD, LLC

            *Veronica J. Mina*

            Veronica J. Mina

cc: Doreen Henry

KAGAN STERN MARINELLO & BEARD, LLC
Annapolis, Maryland
