# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

| | | |
|---|---|---|
| **DOREEN HENRY** | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: 1:23-cv-01285-SAG |
| **TERRANCE HALL,** *ET AL.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint to Add Necessary Party ("Motion for Leave to Amend Complaint"), and any responses and replies filed thereto, it is this 20th day of June, 2024, hereby:

**ORDERED**, that the Motion for Leave to Amend Complaint is **GRANTED**; and it is further

**ORDERED**, that the First Amended Complaint attached to the Motion for Leave to Amend Complaint shall be deemed as filed as of the date of this Order.

/s/
_____
Stephanie A. Gallagher,
United States District Judge