IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **DOREEN HENRY,** *et al.* | * | |
| *Plaintiffs*, | * | Case No.: 1:23-cv-01285-SAG |
| v. | * | |
| **TERRANCE HALL,** *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON REVIEW AND CONSIDERATION of the Plaintiffs Doreen Henry and Roger Kerr's ("Plaintiffs") Petition for Attorneys' Fees, and any responses or replies filed thereto, it is this ____ day of _____, 2024, hereby:

**ORDERED**, that the Plaintiffs' Petition for Attorneys' Fees is **GRANTED**; and it is further

**ORDERED**, that judgment shall be entered in favor of Plaintiffs and against Defendants Terrance Hall and Lisa Hall in the amount of $_____, which represents Plaintiffs' reasonable attorneys' fees and costs in connection with Plaintiffs' efforts to obtain Defendants' discovery and, ultimately, to obtain a judgment by default against Defendants Mr. and Mrs. Hall, which was entered on or about July 10, 2024, as well as Plaintiffs' Fee Petition; and it is further

**ORDERED**, that Plaintiffs may file a supplement to their Petition for Attorneys' Fees as appropriate, which shall be reflective of any further fees and expenses Plaintiffs incur in their efforts to collect on the Default Judgment entered against the Defendant on or about July 10, 2024.

_____
Stephanie A. Gallagher
United States District Judge