

EXHIBIT 2

## Time List - 07/22/2024, 4:10:50 pm

| Date | User | Matter Number | Work Type | Description | Billing Status | Entry Type | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Review and finalize petition for attorneys' fees and V. Mina's affidavit for same, finalize exhibits thereto, and e-file same. | Not Invoiced | Std | 1.00 | $300.00 | $300.00 |
| 07/20/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Draft petition for attorneys' fees, proposed order for same, and affidavit of V. Mina for same. | Not Invoiced | Std | 2.30 | $300.00 | $690.00 |
| 07/19/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Research | Research for petition for attorneys' fees. | Not Invoiced | Std | 0.50 | $300.00 | $150.00 |
| 07/15/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Draft petition for attorneys' fees and conduct research for same. | Not Invoiced | Std | 0.40 | $300.00 | $120.00 |
| 07/15/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Communication | Confer with J. Kagan regarding enrollment of judgment and research. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/12/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and analyze local rules pertaining to fee petitions. | Not Invoiced | Std | 0.20 | $300.00 | $60.00 |
| 07/10/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: FW: Henry v Hall | Not Invoiced | Std | 0.20 | $300.00 | $60.00 |
| 07/10/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and finalize proposed default judgment order and telephone call with clerk's office regarding filing of same. | Not Invoiced | Std | 0.30 | $300.00 | $90.00 |
| 07/10/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: 1:23-cv-01285-SAG Henry et al v. Hall et al | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/10/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: Email S. Longe regarding filing of default judgment order. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/10/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall | Drafting | Email Correspondence: | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |

| Date | User | Matter Number | Work Type | Description | Billing Status | Entry Type | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | Orphans' Court for Baltimore City Estate No. 193894-230075 | | Email S. Longe regarding defendants' response to show cause order. | | | | | |
| 07/10/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Communication | Telephone call with S. Longe regarding defendants' response to show cause order and filing of default judgment. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/10/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and analyze defendants' response to show cause order. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/09/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email S. Longe regarding default judgment order. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/09/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and revise default judgment order, telephone call with Judge Gallagher's assistant regarding same, and email M. Marinello regarding same. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/08/2024 | Michael Marinello | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Confer with V. Mina re: email from judge's assistant re: Defendants' failure to respond by 7/5/24; review file and prior default judgment orders by Judge Gallagher; confer with V. Mina re: same; review/edit draft default judgment order and email to V. Mina re: same. | Not Invoiced | Std | 0.50 | $425.00 | $212.50 |
| 07/08/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and analyze email from Judge Gallagher's assistant regarding proposed order for default judgment and proposed schedule for submission of a fee request. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/08/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Research | Research prejudgment interest award. | Not Invoiced | Std | 0.20 | $300.00 | $60.00 |
| 07/08/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall | Drafting | Draft proposed order for | Not Invoiced | Std | 0.60 | $300.00 | $180.00 |

| Date | User | Matter Number | Work Type | Description | Billing Status | Entry Type | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | Orphans' Court for Baltimore City Estate No. 193894-230075 | | default judgment against defendants. | | | | | |
| 07/08/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Communication | Telephone call with S. Longe regarding default judgment against defendants and recovery of attorneys' fees. | Not Invoiced | Std | 0.40 | $300.00 | $120.00 |
| 07/08/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email S. Longe regarding default judgment and attorneys' fees. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 07/08/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Communication | Confer with M. Marinello regarding default judgment against defendants and attorneys' fees. | Not Invoiced | Std | 0.50 | $300.00 | $150.00 |
| 07/08/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Confer with M. Marinello regarding show cause order and strategy. | Not Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/20/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: FW: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/20/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and analyze show cause order to defendants. | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/20/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and analyze order granting motion for leave to amend complaint to add R. Kerr. | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/20/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email D. Henry and S. Longe with status update from motions hearing and next steps. | Invoiced | Std | 0.40 | $300.00 | $120.00 |
| 06/20/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Travel to/from court and attend motions hearing; confer with M. Marinello and J. Kagan regarding same. | Invoiced | Std | 3.30 | $300.00 | $990.00 |
| 06/19/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Research and prepare for motions hearing; create case map timeline of case. | Invoiced | Std | 2.70 | $300.00 | $810.00 |
| 06/17/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Confer with M. Marinello regarding motions hearing | Invoiced | Std | 0.30 | $300.00 | $90.00 |

| Date | User | Matter Number | Work Type | Description | Billing Status | Entry Type | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | 193894-230075 | | and strategy. | | | | | |
| 06/14/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: FW: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/14/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email S. Longe and D. Henry regarding case status update. | Invoiced | Std | 0.30 | $300.00 | $90.00 |
| 06/14/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review and analyze order scheduling motions hearing. | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/13/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email to T. Hall and L. Hall regarding depositions. | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/06/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 06/06/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Draft and finalize motion to compel and for contempt/sanctions, proposed order, and exhibits for same; e-file same. | Invoiced | Std | 1.10 | $300.00 | $330.00 |
| 06/05/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Draft motion to compel and petition for contempt and proposed order for same. | Invoiced | Std | 2.40 | $300.00 | $720.00 |
| 06/05/2024 | Michael Marinello | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review/edit draft motion to compel and for sanctions; email to V. Mina re; same. | Invoiced | Std | 0.80 | $425.00 | $340.00 |
| 06/05/2024 | Michael Marinello | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review/edit draft motion to compel and for sanctions. | Invoiced | Std | 0.90 | $425.00 | $382.50 |
| 06/03/2024 | Michael Marinello | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Confer with V. Mina and J. Kagan re: motion to compel and for contempt/sanctions. | Invoiced | Std | 0.40 | $425.00 | $170.00 |
| 06/03/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Research | Research local rules regarding discovery procedures and motion to compel. | Invoiced | Std | 0.20 | $300.00 | $60.00 |
| 06/03/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall | Communicat | Confer with J. Kagan and | Invoiced | Std | 0.60 | $300.00 | $180.00 |

| Date | User | Matter Number | Work Type | Description | Billing Status | Entry Type | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | Orphans' Court for Baltimore City Estate No. 193894-230075 | ion | M. Marinello regarding defendants' discovery and strategy. | | | | | |
| 06/02/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: FW: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/31/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/29/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/29/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/29/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v Hall | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/24/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Confer with J. Kagan regarding defendants' discovery and depositions. | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/16/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v. Hall, et al - Case 1:23-cv-01285-SAG | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/16/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: FW: Henry v. Hall, et al - Case 1:23-cv-01285-SAG | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/16/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v. Hall, et al - Case 1:23-cv-01285-SAG | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/16/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Finalize consent motion to modify scheduling order and motion for leave to file amended complaint with exhibits, and e-file same. | Invoiced | Std | 0.70 | $300.00 | $210.00 |
| 05/16/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Communication | Telephone call with L. Hall regarding consent motion to modify scheduling order. | Invoiced | Std | 0.20 | $300.00 | $60.00 |
| 05/15/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall | Billable Work | Email to L. Hall regarding | Invoiced | Std | 0.10 | $300.00 | $30.00 |

| Date | User | Matter Number | Work Type | Description | Billing Status | Entry Type | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | Orphans' Court for Baltimore City Estate No. 193894-230075 | | consent motion to modify scheduling order. | | | | | |
| 05/15/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v. Hall, et al - Case 1:23-cv-01285-SAG | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/14/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Communication | Telephone call with L. Hall regarding consent motion to modify scheduling order. | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/14/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Rule 26(a)(1) Disclosure - D. Henry | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/14/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Henry v. Hall, et al - Case 1:23-cv-01285-SAG | Invoiced | Std | 0.10 | $300.00 | $30.00 |
| 05/14/2024 | Veronica Mina | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Drafting | Email Correspondence: RE: Rule 26(a)(1) Disclosure - D. Henry | Invoiced | Std | 0.30 | $300.00 | $90.00 |
| 05/13/2024 | Michael Marinello | 2853-0001-Doreen Henry-Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Billable Work | Review/edit draft motion for leave to file amended complaint, first amended complaint, motion to modify schedule, and proposed orders; email to V. Mina re: same. | Invoiced | Std | 0.40 | $425.00 | $170.00 |
| Total | | | | | | | 25.3 | | $7965 |

## Expense List

| Date | Type | Matter No | User | Description | Invoice Status | Payee/Vendor | Account | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2024 | Soft Cost | 2853-0001-Doreen Henry- Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Nena Willingham | LexisNexis Legal Research - June 2024 | Invoiced | | | Yes | $5.09 |
| 6/21/2024 | Hard Cost | 2853-0001-Doreen Henry- Estate of Elvira Hall Orphans' Court for Baltimore City Estate No. 193894-230075 | Nena Willingham | Parking fee for Motions Hearing on 6-20-2024 | Invoiced | VERONICA MINA | Client Disb Expense | Yes | $35.00 |
| | | | | | | | Total | | $40.09 |